## 342 KELLER v. WEST, BRADLEY AND CARY MANF. CO.

Mary F. Rogers, *Plaintiff*, *v.* Sarah James and others, *Defendants*. Edward F. James, Purchaser, *Appellant*.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

James W. Clarke, *sole acting Executor of* Flora C. Clarke, *Respondent*, *v.* William H. Leupp, *Appellant*, Impleaded with Hannah M. Jacobs and others. — Judgment and order affirmed, with costs. Opinion by Brady, J.

George S. Goodale, *as Receiver, etc.*, *Appellant*, *v.* The Central National Bank of the City of New York, *Respondent*.— Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Samuel Wilson *v.* Thomas Greig. — Order reversed, with costs. Opinion by Davis, P. J.

Cornelius Brinkerhoff, *Respondent*, *v.* Sarah S. Perry, *Appellant*. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady J.

The Mayor, etc., of the City of New York, *Appellant*, *v.* The Tenth National Bank of the City of New York, *Respondent*. — Order reversed and motion denied, without costs to either party. Opinion by Davis, P. J.

Hannah Conklin, *Respondent*, *v.* Seth T. Merwin and Mary Louisa Merwin, *Appellants*. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Andrew E. Williams, *Appellant*, *v.* Anna S. Dias, *Respondent*. — Reargument ordered.

William H. Racey, *Respondent*, *v.* The Erie Railway Company, *Appellant*. — Judgment affirmed. Opinion by Daniels, J.

Marcus A. Bettman, *Appellant*, *v.* Adelaide Steinreich and others, *Respondents*. — Judgment affirmed. Opinion by Daniels, J.

Heloise Keller, *as Executrix, etc.;* *of* Charles M. Keller and Henry Waterman, *Appellants*, *v.* The West, Bradley and Cary Manufacturing Company, *Respondents*. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.